# Notice Recipients

District/Off: 0970−2          User: vargasr          Date Created: 11/19/2009
Case: 2:08−bk−13644−RJH       Form ID: pdf004        Total: 5

**Recipients of Notice of Electronic Filing:**
tr    ANTHONY H. MASON    ecfmason@earthlink.net
aty    FRANCES S. MCGINNIS    rbowman.mcginnislaw@yahoo.com
aty    MARK 1 BOSCO    ecf@tblaw.com

                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    SHAWN C RAMEY    20840 N. 10TH STREET    PHOENIX, AZ 85024
jdb    STACY M RAMEY    20840 N. 10TH STREET    PHOENIX, AZ 85024

                            TOTAL: 2