FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  Case No.: 2:08−bk−13644−RJH

SHAWN C RAMEY  Chapter: 7
20840 N. 10TH STREET
PHOENIX, AZ 85024
**SSAN:** xxx−xx−8117
**EIN:**

STACY M RAMEY
20840 N. 10TH STREET
PHOENIX, AZ 85024
**SSAN:** xxx−xx−1943
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on November 19, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 19, 2009**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov