# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: vargasr | Date Created: 11/19/2009 |
| Case: 2:08–bk–13644–RJH | Form ID: ntcntry | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr     ANTHONY H. MASON      ecfmason@earthlink.net
aty     FRANCES S. MCGINNIS      rbowman.mcginnislaw@yahoo.com
aty     MARK 1 BOSCO      ecf@tblaw.com

                                                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SHAWN C RAMEY      20840 N. 10TH STREET      PHOENIX, AZ 85024
jdb     STACY M RAMEY      20840 N. 10TH STREET      PHOENIX, AZ 85024

                                                                                                                              TOTAL: 2