ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| RAMEY, SHAWN C ) | Case No. 2:08-bk-13644-RJH |
| RAMEY, STACY M ) | |
| ) | PETITION TO PAY DIVIDEND |
| ) | IN AMOUNT LESS THAN $5.00 |
| Debtors. ) | TO THE CLERK OF THE |
| ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividends in amounts less than $5.00 were declared, and pursuant to Bankruptcy Rule 3010 requests that such dividends not be distributed to the creditors, but that they be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 11 | Innovative Merchant Solutions<br>2125 Burbank Blvd Suite 100<br>Woodland Hills CA 91367 | $2.76 |
| 13 | Qwest Corporation<br>1801 California St Rm 900<br>Attn: Jane Frey<br>Denver, CO 80202 | $3.60 |

DATED this 19th day of January 2011.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE